## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **MOHAMMED AHMED HASSAN ABDALLAH OMRAN,** | ) ) ) |
| PLAINTIFF | ) ) |
| v. | ) CIVIL NO. 1:14-CV-505-DBH ) ) |
| **UNITED STATES, ET AL.,** | ) ) |
| DEFENDANTS | ) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 30, 2014, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision for dismissal of the plaintiff's Complaint. The plaintiff filed an objection to the Recommended Decision on January 20, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b), the plaintiff's complaint is **DISMISSED** in its entirety.

SO ORDERED.

DATED THIS 10TH DAY OF FEBRUARY, 2015

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**